## 45164. BULLOCK v. THE STATE.

HALL, Presiding Judge. Defendant appeals from the judgment revoking his probation.

Upon conviction of burglary in June of 1966, defendant was given a four-year probated sentence on condition he did not violate the criminal laws during the period. A petition for revocation was filed in October 1969 charging defendant with contributing to the delinquency of a minor. The evidence is undisputed that defendant was living alone in a house with a 16-year-old girl and that when she was detained by the juvenile court he signed a bond falsely representing himself as a relative so she could be released into his custody.

Defendant contends that neither of these actions is the crime of contributing to the delinquency of a minor. However, *Code Ann.* § 24-9904.1 also makes contributing to the *neglect* of a minor a misdemeanor. There is some evidence here that defendant contributed to her neglect and lack of parental supervision. "Where there is even 'slight evidence' this court will not interfere with a revocation unless there has been a manifest abuse of discretion." *Turner v. State,* 119 Ga. App. 117 (166 SE2d 582); *Cooper v. State,* 118 Ga. App. 57 (162 SE2d 753).

*Judgment affirmed. Deen and Evans, JJ., concur.*

SUBMITTED APRIL 13, 1970—DECIDED APRIL 24, 1970.

*Scott & Alexander, Guy B. Scott, Jr.,* for appellant.
*Thomas W. Ridgway, District Attorney,* for appellee.